IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH GENOVESE, TRUSTEE OF THE FRANK R. GENOVESE TRUST,     Plaintiff | ) ) ) ) |
| v. | ) )   CIVIL ACTION NO. 05-142 ERIE |
| HIGHMARK, INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD,     Defendant | ) ) ) ) ) |

## Certificate of Service

The undersigned hereby certifies that a true and correct copy of Defendant's Motion Pursuant to Rule 12(b) was served upon all counsel of record John F. Mizner, Esquire and David F. Dieteman, Esquire at MacDonald, Illig, Jones and Britton, 100 State Street, Suite 700, Erie, PA 16507 on the 12th day of July, 2005, by first class, United States mail, postage pre-paid.

Respectfully submitted,

THE McDONALD GROUP, L.L.P.

By:   s/Gary Eiben
    Gary Eiben
    Pa. I.D. No. 26375
    456 West 6th Street
    P.O. Box 1757
    Erie, PA  16507-0757
    Phone: (814) 456-5318
    Fax:    (814) 456-3840
    E-mail: geiben@tmgattys.com

    Attorneys for Defendant,
    Highmark Inc., d/b/a
    Highmark Blue Cross Blue Shield

F:\CFD\1700\1720 Highmark BCBS\.2 (Genovese)\Certificate of Service.doc