IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH GENOVESE, TRUSTEE OF THE FRANK R. GENOVESE TRUST,<br>    Plaintiff<br><br>    v.<br><br>HIGHMARK, INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD,<br>    Defendant | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-142 ERIE<br>)<br>)<br>)<br>)<br>) |

# **Order**

AND NOW, this ____ day of _____, 2005, the Defendant having filed a Motion Pursuant to Rule 12(b), it is hereby ORDERED that a brief and any materials to support the motion if treated as a Motion Pursuant to Rule 56 for Summary Judgment, shall be submitted by the Defendant on or before _____. Any responsive brief and materials shall be filed by the Plaintiff on or before _____.

 

_____
U.S.D.J.

F:\CFD\1700\1720 Highmark BCBS\.2 (Genovese)\Order 2.doc