IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH GENOVESE, TRUSTEE OF THE FRANK R. GENOVESE TRUST,<br>    Plaintiff<br><br>    v.<br><br>HIGHMARK, INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD,<br>    Defendant | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-142 ERIE<br>)<br>)<br>)<br>)<br>) |

# Order

AND NOW, to wit, this ____ day of _____, 2005, upon consideration of the motion of the Defendant filed pursuant to F.R.C.P. 12(b), it is hereby ORDERED as follows:

(1) The Complaint is this action is hereby dismissed on the ground that the Plaintiff does not have standing.

or

(2) This matter is stayed for a period of _____ days for the substitution of a party with standing. This action is to be deemed dismissed if a motion or other appropriate document seeking substitution of a party with standing is not filed within the timeframe specified in the preceding sentence.

_____
U.S.D.J.