IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| RALPH GENOVESE, TRUSTEE OF THE FRANK R. GENOVESE TRUST,<br>    Plaintiff<br><br>    v.<br><br>HIGHMARK, INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD,<br>    Defendant | )<br>)<br>)<br>)<br>)   CIVIL ACTION NO. 05-142 ERIE<br>)<br>)<br>)<br>)<br>) |

## **Appearance**

We hereby appear on behalf of the Defendant, Highmark Inc., d/b/a Highmark Blue Cross Blue Shield.

　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　THE McDONALD GROUP, L.L.P.


　　　　　　　　　　　　　　　　By:  s/Gary Eiben
　　　　　　　　　　　　　　　　　　Gary Eiben
　　　　　　　　　　　　　　　　　　Pa. I.D. No. 26375
　　　　　　　　　　　　　　　　　　456 West 6th Street
　　　　　　　　　　　　　　　　　　P.O. Box 1757
　　　　　　　　　　　　　　　　　　Erie, PA  16507-0757
　　　　　　　　　　　　　　　　　　Phone: (814) 456-5318
　　　　　　　　　　　　　　　　　　Fax:    (814) 456-3840
　　　　　　　　　　　　　　　　　　E-mail: geiben@tmgattys.com

　　　　　　　　　　　　　　　　　　Attorneys for Defendant,
　　　　　　　　　　　　　　　　　　Highmark Inc., d/b/a
　　　　　　　　　　　　　　　　　　Highmark Blue Cross Blue Shield