IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| F.G., a Minor, by RALPH GENOVESE, Trustee of the Frank R. Genovese Trust, and Testamentary Guardian, and DEBORAH GENEOVESE, Mother and Natural Guardian | ) ) ) ) | |
| Plaintiffs | ) ) | CIVIL ACTION NO. 05-cv-142 ERIE |
| v. | ) ) | |
| HIGHMARK, INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD, | ) ) ) | |
| Defendant | ) | ELECTRONICALLY FILED |

# **FRCP 26(f) REPORT OF PLANNING MEETING**

Pursuant to FRCP 26(f), a meeting was held amongst counsel and the parties currently report as follows:

1. Pre-discovery disclosures required by FRCP 26(a)(1) shall be exchanged on or before October 3, 2005.

2. That parties have discussed a discovery and pre-trial plan for this case and jointly propose to the court a plan as set forth in the attached Case Management Order.

3. In the event the parties are able to comply with the above referenced without the necessity of extensions of time and without motions which may require more time than allotted in the proposed schedule, this case should be ready for trial by December 2006, and is expected to take approximately two (2) days.

PDF created with pdfFactory trial version www.pdffactory.com

Respectfully submitted,

    /s/ David F. Dieteman
John F. Mizner (Pa. Id. No. 53323)
David F. Dieteman (Pa. Id. No. 85637)
MacDONALD, ILLIG, JONES & BRITTON, LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
Phone:  814-870-7600
Fax:  814-454-4647
Email:  jmizner@mijb.com
Email:  ddieteman@mijb.com

Attorneys for Plaintiffs,
    F.G., a Minor; Ralph Genovese, Trustee of the Frank R. Genovese Trust and Testamentary Guardian, and Deborah Genovese, Mother and Natural Guardian


    /s/ Gary Eiben
Gary Eiben (Pa. Id. No. 26375)
THE McDONALD GROUP, L.L.P.
456 West 6th Street
Erie, Pennsylvania 16507
Phone:  814-456-5318
Fax:  814-456-3840
Email:  geiben@tmgattys.com

Attorneys for Defendant
    Highmark, Inc. d/b/a
    Highmark Blue Cross Blue Shield

2

::ODMA\PCDOCS\DOCS\910697\1

PDF created with pdfFactory trial version www.pdffactory.com