IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEE RALPH GENOVESE, et al., )<br>    Plaintiff, )<br> )<br>V )<br> )<br>HIGHMARK BLUE CROSS BLUE )<br>SHEILD )<br>    Defendant. ) | Civil Action No. 05-142 Erie |

## NOTICE

TAKE NOTICE that the above-captioned case, is scheduled for a Settlement Conference on **Thursday, October 27, 2005 at 1:30 p.m.** before the Honorable Sean J. McLaughlin, in Room A-150, United States Courthouse, 17 South Park Row, Erie, Pennsylvania. Counsel are advised that Judge McLaughlin requires the Plaintiff to be present with his attorney during the conference. Defense Counsel is required to have available by telephone the individual(s) having ultimate authority to settle the case.

                                                  S/Nicole M. Kierzek
                                                  Nicole M. Kierzek
                                                  Deputy Clerk

cc: All counsel of record