MEMORANDUM OF NON-JURY TRIAL

# United States District Court
For the Western District of Pennsylvania

Genovese
_____
Plaintiff

vs.

Highmark, Inc.
_____
Defendant

No. CA 05-142 E

HEARING ON Settlement Conference 10-27-05

Before Judge McLaughlin

John Mizner                    Gary Eiben
Appear for Plaintiff           Appear for Defendant

Hearing begun 1:30 pm          Hearing adjourned to _____
Hearing concluded C. A. V. 2:30 pm   Stenographer Ron Bench

WITNESSES:

For Plaintiff                  For Defendant

Case Settled