IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TRUSTEE RALPH GENOVESE, et al., ) | |
|     Plaintiffs, ) | |
| ) | |
| Vs. ) | CA 05-142 Erie |
| ) | |
| HIGHMARK, INC., ) | |
|     Defendants. ) | |

**O R D E R**

AND NOW, this 27th day of October, 2005, the parties have reached an agreement to settle this matter, IT IS HEREBY ORDERED that the Clerk is directed to mark this case administratively closed.

 s/Sean J. McLaughlin
Sean J. McLaughlin
United States District Judge

cc: All counsel of record. nmk