IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| F.G., a Minor, by RALPH GENOVESE, Trustee of the Frank R. Genovese Trust, and Testamentary Guardian, and DEBORAH GENOVESE, Mother and Natural Guardian,<br>          Plaintiffs<br><br>          v.<br><br>HIGHMARK, INC., d/b/a HIGHMARK BLUE CROSS BLUE SHIELD,<br>          Defendant | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION No. 05-cv-142 ERIE<br>)<br>)<br>)<br>)<br>) |

**CERTIFICATE OF SETTLEMENT AND DISCONTINUANCE**

AND NOW, come the Plaintiffs, F.G., a Minor, by Ralph Genovese, Trustee of the Frank R. Genovese Trust, and Testamentary Guardian, and Deborah Genovese, Mother and National Guardian, by and through their counsel, John F. Mizner, Esquire, and MacDonald, Illig, Jones & Britton, and the Defendant, Highmark Blue Cross Blue Shield Inc., by and through its counsel, Gary Eiben and The McDonald Group, L.L.P., and file this Certificate of Settlement and Discontinuance pursuant to Federal Rule of Civil Procedure 41(a)(1)(2).

It is hereby agreed by and between the parties through their undersigned counsel that the claims filed by Plaintiffs, F.G., a Minor, by Ralph Genovese, Trustee of the Frank R. Genovese Trust, and Testamentary Guardian, and Deborah Genovese, Mother and National Guardian, shall be and are hereby dismissed according to the terms of the Settlement Agreement as placed on the record before the Honorable Sean J. McLaughlin, United States District Judge, on October 27, 2005.

- 2 -

Respectfully submitted,

MacDONALD, ILLIG, JONES & BRITTON

By:   s/John F. Mizner
     John F. Mizner
     100 State Street
     Suite 700
     Erie, PA 16507
     Phone: (814) 870-7606

     Attorneys for Plaintiffs,
     F.G., a Minor, by Ralph Genovese, Trustee
     of the Frank R. Genovese Trust, and
     Testamentary Guardian, and Deborah
     Genovese, Mother and National Guardian

THE McDONALD GROUP, L.L.P.

By:   s/Gary Eiben
     Gary Eiben
     Pa. I.D. No.26375
     456 West Sixth Street
     P. O. Box 1757
     Erie, PA 16507-0757
     Phone: (814) 456-5318

     Attorneys for Defendant,
     Highmark Inc. d/b/a Highmark Blue Cross
     Blue Shield